**SABRINA P. SHROFF**  
ATTORNEY AT LAW

233 BROADWAY  
NEW YORK, NEW YORK 10007  
TEL: (646) 763-1490

April 29, 2021

**BY ECF**

Honorable Lewis J. Liman  
United States District Judge  
Southern District of New York  
500 Pearl Street  
New York, New York 10007

**Re:**   *United States v. Cole Bridges,* **21 Cr. 65 (LJL)**

Hon. Judge Liman,

      With consent of the government, I write to request an adjournment of the April 30, 2021, status conference as to Mr. Bridges, and ask that it be re-scheduled to May 21, 2021 at 10:30 a.m. Mr. Bridges has not yet received his discovery at MCC-New York (although it has been sent by the United States), and we need additional time to review it.

      To that end, we request that the time between April 30, 2021, and May 21, 2021, be excluded under the Speedy Trial Act, pursuant to Title 18, United States Code, section 3161(h)(7)(A). Excluding time will best serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial, because it will allow the government and defense counsel to continue reviewing the discovery which will allow for discussions regarding a possible disposition in the matter.

      I thank the Court for its continuing attention to this matter during the Covid19 pandemic.

Respectfully submitted,

/s/*Sabrina P. Shroff*  
Counsel to Cole Bridges

SPS/hls  
cc: All parties

So Ordered: _____  
                 Hon. Lewis J. Liman