| | |
|---|---|
| **SABRINA P. SHROFF** | 233 BROADWAY |
| ATTORNEY AT LAW | NEW YORK, NEW YORK 10007 |
| | TEL: (646) 763-1490 |

July 18, 2021

**BY ECF**

Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:** *United States v. Cole Bridges,* 21 Cr. 65 (LJL)

Hon. Judge Liman,

     With consent of the government, I write to request a 45-day adjournment of the July 21, 2021, status conference as to Mr. Bridges as we continue to review with Mr. Bridges the discovery in his case.

     To that end, we request that the time between July 21, 2021 and the next date set by the Court, be excluded under the Speedy Trial Act, pursuant to Title 18, United States Code, section 3161(h)(7)(A). Excluding time will best serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial, because it will allow the government and defense counsel to continue reviewing the discovery which will allow for discussions regarding a possible disposition in the matter.

     I thank the Court for its continuing attention to this matter during the Covid19 pandemic.

Respectfully submitted,

/s/*Sabrina P. Shroff*
Counsel to Cole Bridges

SPS/hls
cc: All parties

So Ordered: _____
                 Hon. Lewis J. Liman