| | |
|---|---|
| **SABRINA P. SHROFF**<br>ATTORNEY AT LAW | 233 BROADWAY<br>NEW YORK, NEW YORK 10007<br>TEL: (646) 763-1490 |

July 18, 2021

**BY ECF**

Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:** *United States v. Cole Bridges,* **21 Cr. 65 (LJL)**

Hon. Judge Liman,

    With consent of the government, I write to request a 45-day adjournment of the July 21, 2021, status conference as to Mr. Bridges as we continue to review with Mr. Bridges the discovery in his case.

    To that end, we request that the time between July 21, 2021 and the next date set by the Court, be excluded under the Speedy Trial Act, pursuant to Title 18, United States Code, section 3161(h)(7)(A). Excluding time will best serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial, because it will allow the government and defense counsel to continue reviewing the discovery which will allow for discussions regarding a possible disposition in the matter.

    I thank the Court for its continuing attention to this matter during the Covid19 pandemic.

    Respectfully submitted,

    /s/*Sabrina P. Shroff*
    Counsel to Cole Bridges

SPS/hls
cc: All parties

REQUEST GRANTED.
The Status Conference previously set for July 21, 2021 is rescheduled to August 23, 2021 at 12:00PM. Parties are directed to dial into the Court's teleconference line at 888-251-2909 and use access code 2123101. The Court, with consent of all parties, excludes time from July 19, 2021 until August 23, 2021 under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), upon a finding that the interests of justice outweigh the interests of the public and the defendant in a speedy trial, in that the time between now and August 23 will allow the government and defense counsel to continue reviewing the discovery and for discussions regarding a possible disposition in the matter.

7/19/2021  SO ORDERED.

LEWIS J. LIMAN
United States District Judge