```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/30/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
USA,                                                               :
                                                                   :
                              Plaintiff,                           :
                                                                   :      21-CR-65 (LJL)
             -v-                                                   :
                                                                   :      ORDER
COLE JAMES BRIDGES,                                                :
                                                                   :
                              Defendant.                           :
                                                                   :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

     As per the request of defendant's counsel, Dkt. No. 15 was inadvertently filed to the docket, and therefore the Clerk of Court is respectfully directed to strike Dkt. No. 15 from the docket in its entirety.

     SO ORDERED.

Dated: September 30, 2021
       New York, New York

                                                           LEWIS J. LIMAN
                                           United States District Judge