**SABRINA P. SHROFF**
ATTORNEY AT LAW

233 BROADWAY
NEW YORK, NEW YORK 10007
TEL: (646) 763-1490

November 2, 2021

**BY ECF**

Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

REQUEST GRANTED.
The Status Conference previously set for November 3, 2021 is rescheduled to December 14, 2021 at 12:00PM. The Court, with consent of all parties, excludes time from November 3, 2021 until December 14, 2021 under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), upon a finding that the interests of justice outweigh the interests of the public and the defendant in a speedy trial, in that the time between now and December 14, will allow the government and defense counsel to continue to review discovery and for parties to continue discussions regarding a possible disposition.

11/3/2021   SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Re: *United States v. Cole Bridges*, **21 Cr. 65 (LJL)**

Hon. Judge Liman,

With consent of the government, I write to request an adjournment of the November 3, 2021, status conference as to Mr. Bridges, and ask that it be re-set to any date in either December of 2021 or January of 2022. Mr. Bridges has been moved from MCC-New York to the Metropolitan Detention Center in Brooklyn. The government is to produce to us a small amount of classified discovery that we will need time to review. Given the difficulties with the MDC facility, we continue to work to review discovery with Mr. Bridges.

To that end, we request that the time between November 2, 2021, and the next date set up the Court, be excluded under the Speedy Trial Act, pursuant to Title 18, United States Code, section 3161(h)(7)(A). Excluding time will best serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial, because it will allow the government and defense counsel to continue reviewing the discovery which will allow for discussions regarding a possible disposition in the matter.

I thank the Court for its continuing attention to this matter.

Respectfully submitted,

/s/Sabrina P. Shroff
Deborah A. Colson
Counsel to Cole Bridges

SPS/hls
cc: All parties

So Ordered: _____
            Hon. Lewis J. Liman