**SABRINA P. SHROFF**
ATTORNEY AT LAW

80 BROAD STREET
NEW YORK, NEW YORK 10007
TEL: (646) 763-1490

April 18, 2022

Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> REQUEST GRANTED.
> The Jury Trial previously set for January 9, 2023 is rescheduled to February 7, 2023 in Courtroom 15C at the 500 Pearl Street Courthouse.
>
> 4/22/2022   SO ORDERED.
>
> LEWIS J. LIMAN
> United States District Judge

Re:    *United States v. Cole Bridges,* 21 Cr. 65 (LJL)

Dear Judge Liman:

Mr. Bridges respectfully requests an adjournment of the January 9, 2023 trial date in this case to a tdate in February 2023. The government joins in this request.

Beginning in late October 2022, both the government (AUSA Adelsberg) and I will be on trial before Judge Ross on the case of *United States v. Mohammed*, 18 Cr. 603 (ARR), a two-defendant case. Mr. Mohammed's trial was originally set for August but was moved to October 31 due to the congested trial schedule of the government and another member of the Mohammed defense team. Mr. Mohammed's case is complicated . The parties anticipate trial will take about 4 weeks and may well require the defense to make a second trip to Mogadishu, Somalia for investigation. It would be extremely difficult to prepare for an early January trial while in the midst of trying a complicated case where my client is facing a mandatory 30-year count.

Mr. Bridges specifically consents to this request and would appreciate the additional time to work with counsel to properly prepare for trial. He recognizes that cases such as these generally take a long time to get to trial. Mr. Bridges was arrested in 2020; Mr. Mohamed was arrested in 2018.[1] Mr. Bridges is charged with violating the anti-terrorism laws of the United States by attempting to provide material support to a terrorist organization in violation of 18 U.S.C. 2339B(a)(1). The charge carries a maximum sentence of up to 20 years imprisonment. He also faces prosecution for attempted murder of U.S. military service members and faces up to life in prison. Given these serious charges, additional time to prepare for trial is appropriate.

For these reasons, with the government joining in the request, we ask the Court to set trial in this matter to any date in February 2023.

Respectfully submitted,

/s/*Sabrina P. Shroff*
Counsel to Cole Bridges

So Ordered: _____
                     Hon. Lewis J. Liman

---

[1] At the last status conference (April 11, 2022), I incorrectly stated Mr. Mohamed's case had been pending for two years. It is actually four years.