

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 5, 2022

**BY ECF**

The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

    Re:   *United States v. Cole James Bridges*, 21 Cr. 65 (LJL)

Dear Judge Liman:

    The parties jointly write to respectfully request that trial in the above-captioned case, which is currently scheduled for February 7, 2023, be adjourned to a date in or after early July 2023. The parties continue to engage in pre-trial discussions about a possible disposition in this case. In support of those discussions, on November 8, 2022, defense counsel provided two expert reports to the Government, which are under review. The parties submit that adjourning the trial to July 2023—the first date available for the parties due to counsels' collective trial calendars—would allow the parties to continue to effectively engage in pre-trial discussions. The parties understand from Chambers that the Court's trial schedule currently has availability on either July 10, 2022 or July 24, 2022. Should the Court order the requested adjournment, the Government additionally requests that time be excluded under the Speedy Trial Act until the new trial date set. The ends of justice served by the requested exclusion outweigh the best interest of the public and the defendant in a speedy trial because the exclusion will permit additional time for the defendant to continue review the voluminous discovery in this matter, and consider potential pretrial dispositions. *See* 18 U.S.C. § 3161(h)(7)(A). Counsel for the defendant consents to the requested exclusion of time. The parties thank the Court for its consideration.

                                      Respectfully submitted,

                                      DAMIAN WILLIAMS
                                      United States Attorney

          by:    /s/_____
                    Sam Adelsberg
                    Matthew Hellman
                    Assistant United States Attorneys
                    (212) 637-2494 / 2278

CC: Defense counsel (by ECF)