**MOSKOWITZ COLSON**
**GINSBERG SCHULMAN**

Moskowitz Colson
Ginsberg & Schulman LLP

80 Broad Street, Suite 1900
New York, NY 10004

(212) 257-6455
www.mcgsllp.com

October 30, 2023

Honorable Lewis Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> REQUEST GRANTED.
> The Sentencing hearing previously set for November 2, 2023 is rescheduled to March 12, 2024 at 2:00PM in Courtroom 15C at the 500 Pearl Street Courthouse.
>
> 10/31/2023   SO ORDERED.
> /s/ LEWIS J. LIMAN
> United States District Judge

Re:   *United States v. Cole Bridges,* 21 Cr. 65 (LJL)

Dear Judge Liman,

    We write with the consent of the government to respectfully request a four-month adjournment of the sentencing hearing currently scheduled for November 2, 2023. This is our first request for an adjournment. Mr. Bridges has been participating remotely in an educational and therapeutic program with Parents For Peace, a non-profit organization committed to assisting families and communities in preventing extremism. An adjournment would enable Mr. Bridges to complete, or nearly complete, the program prior to sentencing. We also note that the Probation Department has not issued a final PSR.

    Thank you for your consideration.

Respectfully submitted,

/s/

Deborah Colson
Sabrina Shroff
*Attorneys for Cole Bridges*

cc:   Government Counsel