

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 26, 2024

**BY ECF**

The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

> Re:   ***United States v. Cole James Bridges*, 21 Cr. 65 (LJL)**

Dear Judge Liman:

   The Government writes in brief response and opposition to the defendant's September 26, 2024 letter requesting that the sentencing in this matter be adjourned. As the Court is aware, the defendant pled guilty on June 14, 2023 (s*ee* Dkt. No. 49) and the defendant's sentencing has since been adjourned six times (*see* Dkt. Nos. 53, 56, 58, 60, 62, 64). Although the Government understands the defendant's request for additional programming and a supplemental mitigation submission, there has been ample time for the defendant to avail himself of both and the Government believes they should not, at this stage of the proceedings, form the basis of a seventh adjournment of the sentencing.

   Additionally, the Government notes that members of the U.S. Army, including of the defendant's former unit, have already obtained authorization, funding, and worked around unit training, deployment, and other schedules as well as their own responsibilities as leaders in order to travel to New York and address the Court at sentencing. Not only would the service members, who have rescheduled across numerous prior adjournments in this case, be significantly inconvenienced by another change, they may well, given the demands this nation places on its armed forces and prevailing current events, be unable to attend on any given new date.

      In light of the foregoing, the Government respectfully requests that, in the event the Court is inclined to grant the requested adjournment, the Court open the sentencing hearing as-scheduled on October 11, 2024, and the Government be permitted to call certain witnesses to provide impact statements to the Court, so as to avoid the possibility that the statements cannot be later provided.

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney

by:   /s/
      Sam Adelsberg
      Matthew Hellman
      Assistant United States Attorneys
      (212) 637-2494 / -2278