**SABRINA P. SHROFF**                           80 BROAD STREET, 19TH FLOOR
ATTORNEY AT LAW                                             NEW YORK, NEW YORK 10007
                                                                                                TELEPHONE: (646) 763-1490

September 25, 2024

**REQUEST DENIED.**
**The Sentencing hearing will proceed as previously scheduled on October 11, 2024 at 10:30AM in Courtroom 15C.**

**BY ECF**

Honorable Lewis J. Liman
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

9/26/2024  SO ORDERED.
LEWIS J. LIMAN
United States District Judge

<u>*United States v. Cole Bridges*</u>**, 21-CR-65 LJL**
**(Mr. Bridge's request for an adjournment of October 11, 2024 sentencing date)**

Dear Judge Liman,

Cole Bridges is to be sentenced on October 11, 2024. He writes to seek an adjournment of his sentencing date. Mr. Bridges respectfully requests that he be sentenced in late November or December of 2024 for the following reasons.

Mr. Bridges has been working with his counsel, as well as Dr. Schouten and Parents4Peace. Dr. Schouten recently re-visited Mr. Bridges at MDC-Brooklyn, and he wishes to write an addendum to his evaluation. He can do so by the first week of November 2024.[1]

In addition, Mr. Bridges seeks more time to continue working with his counsel on his sentencing submission which is close to being fully briefed but which, Mr. Bridges believes, needs work.

Accordingly, we respectfully request the Court to reschedule Mr. Bridges sentencing hearing to a date convenient to the Court in November of 2024 or any date thereafter, but no later than December 2024.

The government opposes the request as it is constrained by the schedule of individuals who intend to speak to the Court at sentence. The defense recognizes the difficult position both parties are in and agrees that the Court may hear from the government witnesses on October 11, 2024, and allow Mr. Bridges a later date for sentencing. The government has advised its intention to write to the Court and elaborate on its position.

I thank the Court for its continued attention to this matter.

---

[1] Dr. Schouten has several reports due, including three in a single complicated civil matter involving adult siblings claiming to have recovered repressed memories of sexual abuse by a family member when the youngest of them was 2-4 years of age, and one in a time-sensitive criminal matter. He has conferences in Vancouver from October 23-27 and is to present five lectures (all in October) to psychiatric residents at Saint Elizabeth and Howard.

**Sabrina P. Shroff, Esq.**

Honorable Lewis J. Liman
September 25, 2024
Page 2

Respectfully submitted,

/s/ Sabrina Shroff & Deborah Colson
Counsel to Cole Bridges