**SABRINA P. SHROFF**
ATTORNEY AT LAW

80 BROAD STREET, 19TH FLOOR
NEW YORK, NEW YORK 10007
TELEPHONE: (646) 763-1490

October 15, 2024

Hon. Lewis J. Liman
Judge, United States District Court
 for the Southern District of New York
500 Pearl Street
New York, New York 10007

Re: <u>United States v. Cole Bridges</u>, 21 Cr. 65 (LJL)

Dear Judge Liman,

Cole Bridges requests the Court recommend in the Judgment of Conviction that he be designated to a facility in Georgia, Alabama or Texas that will provide him with vocational training (HVAC licensing, plumbing, electric, etc.) and UNICOR.  For the reasons below, we suggest the following facilities for designation: FCI Talladega, FCI Jesup, and FCI Aliceville. Each of these facilities is close to his family in Georgia and Texas.

FCI Talladega: Offers educational opportunities via a Pell grant from a local university and partners with DOE and Talladega College to offer degrees in Business Administration. The facility also offers 8 apprenticeships, NCCR vocational training, career technical education opportunities in forklift, logistics, and essential workforce readiness.

FCI Jesup: Has an apprenticeship program and a robust assortment of college correspondence courses and test proctoring. Also has a relationship with Altamaha Technical College offering degrees and certificates in commercial wiring, air conditioning technology (HVAC), and information technology.

FPC Montgomery: Offers apprenticeships in Auto Mechanics, Small Gas Engine Mechanics, Plumbing, Landscaping, Carpentry, Electrical mechanics, HVAC, Cooking, Horticulture, and Dog Training. The facility also has correspondence courses for post-secondary education and vocational education including CDL.

FCI Aliceville: Has an apprenticeship program for trades and occupational education and post-secondary education opportunities via correspondence courses.

We thank the Court for its consideration of this request.

Respectfully submitted,

/s/Sabrina P. Shroff & Deborah A. Colson
Counsel to Cole Bridges